IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TANNER JORDAN SMITH, | § § | |
| Plaintiff, | § § | CIVIL NO. 4:24-CV-01099-SDJ-AGD |
| v. | § § | |
| STATE OF TEXAS, ET AL., | § § | |
| Defendants. | § § | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 19, 2025, the Magistrate Judge entered a Report, (Dkt. #46), recommending that Defendant Haven Briann Isom's Motion to Dismiss, (Dkt. #15) and Motion for Sanctions, (Dkt. #25), be granted, that Plaintiff Tanner Jordan Smith's Motion for Summary Judgment, (Dkt. #23), and Motion for Leave to Cure Defective Service on State of Texas, (Dkt. #35), be denied as moot, that Plaintiff's case against Defendant Isom be dismissed with prejudice and Plaintiff's case against Defendant State of Texas be dismissed without prejudice, and finally that a pre-filing injunction be imposed against Plaintiff. On September 2, 2025, Plaintiff filed objections to the Report (Dkt. #47).

Having received the Report of the Magistrate Judge, considered Plaintiff's objections, (Dkt. #47), and having conducted a de novo review, the Court is of the

opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant Isom's Motion to Dismiss, (Dkt. #15), and Motion for Sanctions, (Dkt. #25), are **GRANTED**. It is further **ORDERED** that Plaintiff's Motion for Summary Judgment, (Dkt. #23), and Motion for Leave to Cure Defective Service on the State of Texas, are **DENIED as moot**. It is further **ORDERED** that Plaintiff's claims against Defendant Isom are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that Plaintiff's claims against Defendant State of Texas are **DISMISSED WITHOUT PREJUDICE.**

It is finally **ORDERED** that a pre-filing injunction is hereby imposed against Plaintiff Tanner Jordan Smith, aka Tanner J. Smith, aka Tanner Jordan Eslinger, aka Tanner Jorden Smith. This injunction prohibits Plaintiff from proceeding *pro se* and/or *in forma pauperis* and filing any new pleading, case, petition, motion, request, or suit relating, touching or concerning (a) the October 23, 2023, Final Order in Case No. 22-10324-481 by the 481st District Court of Denton County, Texas (Dkt. #25, Exhibit 16 at pp. 4–26) ("Final Order") or (b) custody, possession, or access to the child, E.I., or (c) Plaintiff's rights or obligations under the October 23, 2023, Final Order, in any federal court in the Eastern District of Texas, without first requesting in writing and receiving written permission to file from a United States District Judge. In addition to Plaintiff's written request, Plaintiff must provide to the District Judge true, correct, and complete copies of (i) the October 23, 2023, Final Order, (ii) the Report, (iii) this Memorandum Adopting the Report, and (iv) a notarized affidavit

in which Plaintiff certifies that the matters to be raised in the suit have never been raised or disposed of in any state or federal court.

**So ORDERED and SIGNED this 14th day of September, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE